SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

☒ FILED   ☐ LODGED

**Aug 02 02022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 22-07571MB(JR)

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/28/22 | 8/1/22  10:49 am | |

INVENTORY MADE IN THE PRESENCE OF
B. Akins  Postal Inspector

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

— Nothing Seized

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 8/2/22

_____
Executing Officer's Signature

Alan Book   Postal Inspector
Printed Name and Title